Mitchell F. Boomer (SBN 121441)
Joseph P. Breen (SNB 124330)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Tel.: (415) 394-9400
Fax: (415) 394-9401

Attorneys for Defendants
THE VIP TOUR COMPANY, dba TICKETSNOW,
MIKE DOMEK, MICHAEL STEIN and KENNETH
DOTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BERMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE VIP TOUR COMPANY, dba TICKETSNOW, MIKE DOMEK, MICHAEL STEIN and KENNETH DOTSON,<br><br>　　　　　Defendants. | No. C 07 0269 BZ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE**<br><br>Second Amended<br>Complaint filed:　April 25, 2007<br>Trial Date:　April 14, 2008<br><br>Hon. Bernard Zimmerman |

　　　　WHEREAS, the Court appointed Mark Petersen, Esq., as the mediator in this action on April 25, 2007;

　　　　WHEREAS, Jackson Lewis LLP will be filing its substitution as counsel of record for defendants VIP TOUR COMPANY, dba TICKETSNOW, MIKE DOMEK, MICHAEL STEIN, and KENNETH DOTSON;

　　　　WHEREAS, the Parties wish to pursue mediation and allow a sufficient amount of time to prepare for meaningful alternative dispute resolution;

　　　　WHEREAS, an extension of the date to complete mediation will not affect the April 14, 2008 trial date, and it appears that good cause exists for the entry of an Order extending the date to complete mediation to September 14, 2007;

1

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, through their undersigned counsel, the deadline for completing mediation shall be extended to September 14, 2007.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 28, 2007                JACKSON LEWIS LLP

By: /s/ _____
Mitchell E. Boomer
Joseph P. Breen
Attorneys for Defendants
THE VIP TOUR COMPANY, dba
TICKETSNOW, MIKE DOMEK, MICHAEL
STEIN and KENNETH DOTSON

Dated: June 28, 2007                McCORMAC & ASSOCIATES

By: /s/ _____
Kathleen A. McCormac
Attorney for Plaintiff
JEFF BERMAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___July 25___, 2007        _____
Hon. Bernard Zimmerman

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING MEDIATION DEADLINE                 Case No. C 07 0269 BZ

2

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, through their undersigned counsel, the deadline for completing mediation shall be extended to September 14, 2007.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 28, 2007

JACKSON LEWIS LLP

By: /s/ _____
Mitchell F. Boomer
Joseph P. Breen
Attorneys for Defendants
THE VIP TOUR COMPANY, dba
TICKETSNOW, MIKE DOMEK, MICHAEL
STEIN and KENNETH DOTSON

Dated: June 28, 2007

McCORMAC & ASSOCIATES

By: /s/ Kathleen A. McCormac
Kathleen A. McCormac
Attorney for Plaintiff
JEFF BERMAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2007

_____
Hon. Bernard Zimmerman

2

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING MEDIATION DEADLINE                                  Case No. C 07 0269 BZ