1  DAVID R. ONGARO, State Bar No. 154698
    dongaro@perkinscoie.com
2  GIGI C. HOANG, State Bar No. 241182
    ghoang@perkinscoie.com
3  PERKINS COIE, LLP
    4 Embarcadero Center, Suite 2400
4  San Francisco, CA 94111
    Telephone:    (415) 344-7000
5  Facsimile:    (415) 344-7050

6  Attorneys for Defendants
    THE VIP TOUR COMPANY, dba
7  TICKETSNOW, MIKE DOMEK,
    MICHAEL STEIN and KENNETH DOTSON

8
    KATHLEEN A. McCORMAC, State Bar No. 159012
9  ALLAN J. GOMES, State Bar No. 225810
    McCORMAC & ASSOCIATES
10 655 Montgomery Street, Suite 1200
    San Francisco, CA 94111
11 Telephone:    (415) 399-1722
    Facsimile:    (415) 399-1733
12
    Attorneys for Plaintiff
13 JEFF BERMAN

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 | JEFF BERMAN,                          | CASE NO. C 07 0269 BZ

19 |                PLAINTIFF,             | **SUBSTITUTION OF ATTORNEY**

20 |        vs.

21 | THE VIP TOUR COMPANY, dba
    | TICKETSNOW, MIKE DOMEK, MICHAEL
22 | STEIN and KENNETH DOTSON,

23

24 |                DEFENDANT(S).

25

26

27

28

SUBSTITUTION OF ATTORNEY
CASE NO. C 07 0269 BZ
59940-0005/LEGAL13193336.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

THE VIP TOUR COMPANY, dba TICKETSNOW, MIKE DOMEK, MICHAEL STEIN and KENNETH DOTSON hereby substitute new counsel of record in this action. In place of current counsel PERKINS COIE, LLP, Defendants substitute:

JACKSON LEWIS
199 FREMONT STREET
SAN FRANCISCO, CA 94105

This substitution shall be effective as of the date of Defendants' signatures below.

DATED: 7/16/07          By: _____
                            SRIDHAR MURTHY
                            THE VIP TOUR COMPANY, dba
                            TICKETSNOW

DATED: _____  By: _____
                            MIKE DOMEK

DATED: _____  By: _____
                            MICHAEL STEIN

DATED: _____  By: _____
                            KENNETH DOTSON

I consent to this substitution.

PERKINS COIE, LLP

DATED: MAY 7 2007       By _____
                           David Ongaro

- 2 -

SUBSTITUTION OF ATTORNEY
CASE NO. C 07 0269 BZ
59940-0005/LEGAL13193336.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      THE VIP TOUR COMPANY, dba TICKETSNOW, MIKE DOMEK, MICHAEL STEIN

3  and KENNETH DOTSON hereby substitute new counsel of record in this action. In place of

4  current counsel PERKINS COIE, LLP, Defendants substitute:

5    JACKSON LEWIS
   199 FREMONT STREET
6    SAN FRANCISCO, CA 94105

7

8      This substitution shall be effective as of the date of Defendants' signatures below.

9

10  DATED: _____   By: _____
11                              SRIDHAR MURTHY

                                   THE VIP TOUR COMPANY, dba
12                                     TICKETSNOW

13

14  DATED: 7/17/07   By: _____
15                               MIKE DOMEK

16

17  DATED: _____   By: _____
18                               MICHAEL STEIN

19

20  DATED: _____   By: _____
21                               KENNETH DOTSON

22     I consent to this substitution.

23

24                               PERKINS COIE, LLP

25

26  DATED: MAY 7 2007   By _____
27                               David Ongaro

28

-2-

SUBSTITUTION OF ATTORNEY
CASE NO. C 07 0269 BZ
59940-0005/LEGAL13193336.1

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | THE VIP TOUR COMPANY, dba TICKETSNOW, MIKE DOMEK, MICHAEL STEIN |
| 3 | and KENNETH DOTSON hereby substitute new counsel of record in this action. In place of |
| 4 | current counsel PERKINS COIE, LLP, Defendants substitute: |
| 5 | JACKSON LEWIS |
| 6 | 199 FREMONT STREET<br>SAN FRANCISCO, CA 94105 |
| 7 | |
| 8 | This substitution shall be effective as of the date of Defendants' signatures below. |

10  DATED: _____    By: _____
                                  SRIDHAR MURTHY

                                  THE VIP TOUR COMPANY, dba
                                  TICKETSNOW

14  DATED: _____    By: _____
                                  MIKE DOMEK

17  DATED: July 18, 2007      By: [signature]
                                  MICHAEL STEIN

20  DATED: _____    By: _____
                                  KENNETH DOTSON

22  I consent to this substitution.

                              PERKINS COIE, LLP

26  DATED: May 7 2007         By [signature]
                                  David Ongaro

-2-

SUBSTITUTION OF ATTORNEY
CASE NO. C 07 0269 BZ
59940-0005/LEGAL13193336.1

07/19/2007 10:41 FAX 7736654152    Kenneth Dotson                                    ☑02

Case 3:07-cv-00269-BZ   Document 20   Filed 07/25/07   Page 5 of 6

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      THE VIP TOUR COMPANY, dba TICKETSNOW, MIKE DOMEK, MICHAEL STEIN

3  and KENNETH DOTSON hereby substitute new counsel of record in this action. In place of

4  current counsel PERKINS COIE, LLP, Defendants substitute:

5      JACKSON LEWIS
    199 FREMONT STREET
6      SAN FRANCISCO, CA 94105

7

8      This substitution shall be effective as of the date of Defendants' signatures below.

9

10  DATED: _____    By: _____
11                                    SRIDHAR MURTHY

12                                    THE VIP TOUR COMPANY, dba
                                  TICKETSNOW
13

14  DATED: _____    By: _____
15                                    MIKE DOMEK

16

17  DATED: _____    By: _____
18                                    MICHAEL STEIN

19

20  DATED: 7/19/2007    By: _____
21                                    KENNETH DOTSON

22      I consent to this substitution.

23

24                                    PERKINS COIE, LLP

25

26  DATED: MAY 7 2007    By _____
27                                    David Ongaro

28

- 2 -

SUBSTITUTION OF ATTORNEY
CASE NO. C 07 0269 BZ
59940-0005/LEGAL13193336.1

I accept this substitution.

JACKSON LEWIS

DATED: June 29, 2007    By: _____

Attorney for Defendants
THE VIP TOUR COMPANY, dba
TICKETSNOW, MIKE DOMEK, MICHAEL
STEIN and KENNETH DOTSON

THE SUBSTITUTION OF ATTORNEY IS HEREBY ACCEPTED.

DATED: July 25, 2007    By: _____
United States District Judge

**IT IS SO ORDERED**
Judge Bernard Zimmerman

*[Seal: United States District Court, Northern District of California]*

- 3 -

SUBSTITUTION OF ATTORNEY
CASE NO. C 07 0269 BZ
59940-0005/LEGAL13193336.1