1  Mitchell F. Boomer (SBN 121441)
2  Jamerson C. Allen (SNB 132866)
   JACKSON LEWIS LLP
3  199 Fremont Street, 10th Floor
   San Francisco, CA 94105
4  Tel.: (415) 394-9400
   Fax: (415) 394-9401
5
6  Attorneys for Defendants
   THE VIP TOUR COMPANY, dba TICKETSNOW,
7  MIKE DOMEK, MICHAEL STEIN and KENNETH
   DOTSON
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | JEFF BERMAN,                          | No. C 07 0269 BZ
13 |          Plaintiff,                   | **SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE**
14 |     v.                                |
15 | THE VIP TOUR COMPANY, dba              | Honorable Bernard Zimmerman
16 | TICKETSNOW, MIKE DOMEK, MICHAEL        |
   | STEIN and KENNETH DOTSON,              | SAC Filed: April 25, 2007
17 |          Defendants.                  | Trial Date: April 14, 2008
18

19
20     WHEREAS, the Court appointed Mark Petersen, Esq., as the mediator in this action on
21  April 25, 2007;
22     WHEREAS, Jackson Lewis LLP has not filed its substitution as counsel of record for
23  defendants VIP TOUR COMPANY, dba TICKETSNOW, MIKE DOMEK, MICHAEL STEIN,
24  and KENNETH DOTSON;
25     WHEREAS, the Parties wish to pursue mediation and allow a sufficient amount of time
26  to prepare for meaningful alternative dispute resolution;
27     WHEREAS, the Parties the Court had previously extended the deadline for the parties to
28  complete mediation to September 14, 2007 to accommodate the introduction of new counsel for

1

1 | Defendants;

2 | WHEREAS, the Parties had scheduled the mediation to take place on September 12,
3 | 2007, but Defendants have encountered unanticipated scheduling difficulties making it necessary
4 | for the parties to continue the previously scheduled mediation date;

5 | WHEREAS, the Parties and the mediator have agreed to reschedule the mediation for
6 | September 26, 2007;

7 | WHEREAS, an extension of the date to complete mediation will not affect the April 14,
8 | 2008 trial date, and it appears that good cause exists for the entry of an Order extending the date
9 | to complete mediation to September 28, 2007;

10 | IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto,
11 | through their undersigned counsel, the deadline for completing mediation shall be extended to
12 | September 28, 2007.

13 | IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 10, 2007        JACKSON LEWIS LLP

By: /s/
Jameison C. Allen
Mitchell F. Boomer
Attorneys for Defendants
THE VIP TOUR COMPANY, dba
TICKETSNOW, MIKE DOMEK, MICHAEL
STEIN and KENNETH DOTSON

Dated: September 10, 2007        McCORMAC & ASSOCIATES

By: /s/ Kathleen A. McCormac
Kathleen A. McCormac
Attorney for Plaintiff
JEFF BERMAN

2

SECOND JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING MEDIATION DEADLINE                Case No. C 07 0269 BZ

09/10/2007   12:04   4153991733                                                           PAGE   04

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 | Dated: 10 Sept, 2007

Hon. Bernard Zimmerman

---

3

SECOND JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING MEDIATION DEADLINE

Case No. C 07 0269 BZ